IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.
05 MAY -3 PM 2:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER,

    Plaintiff,

vs.                                                      No. 05-2135-B/P

LARRY E. YANDELL, PAM YANDELL
and L.A. DARLING COMPANY,

    Defendants.

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. John W. Guarisco has moved to appear pro hac vice for defendant, L.A. Darling Company, in this action. Mr. Guarisco is licensed to practice law in the State of Illinois and is a member in good standing of the United States District Court for the Northern District of Illinois. For good cause shown, that motion is granted. It is hereby ordered that John W. Guarisco be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

May 3, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02135 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

John W. Guarisco
NEAL GERBER & EISENBERG, LLP
Two North LaSalle St.
Ste. 2200
Chicago, IL 60602--380

Honorable J. Breen
US DISTRICT COURT