IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER,<br><br>         Plaintiff,<br><br>vs.<br><br>LARRY E. YANDELL, et al.,<br><br>         Defendants. | Civ. No. <u>05-2135-B/P</u> |

## ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

On October 13, 2005, the parties in this action appeared before the court for a status conference. At the conference, the parties informed the court that they believe mediation is appropriate in this case. The parties are hereby ordered to engage in court-annexed attorney mediation or private mediation before the close of discovery.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 13, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02135 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

John W. Guarisco
NEAL GERBER & EISENBERG, LLP
Two North LaSalle St.
Ste. 2200
Chicago, IL 60602--380

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable J. Breen
US DISTRICT COURT